UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                    **Chapter 7**

       **MAN KIT NG,**                                  **Case No. 11-46867-CEC**

                    Debtor.
-----------------------------------------------------------x
**ROBERT L. GELTZER**, as Trustee of
the Estate of **MAN KIT NG**,

                Plaintiff,

                                                                 **Adv. Pro. No. 13-01385-CEC**

       -against-

       **MEE WOON HUI**,

                Defendant.
-----------------------------------------------------------x

## STIPULATION SETTLING AND DISCONTINUING ADVERSARY PROCEEDING

        WHEREAS, on August 9, 2011, Man Kit Ng (the "Debtor"), filed a petition under and pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

        WHEREAS, on or about August 9, 2011, the Trustee was appointed by the United States Trustee to serve as interim Chapter 7 trustee for the estate of the above-captioned Debtor and is now qualified and acting as such Trustee.

        WHEREAS, on August 5, 2013, the Trustee commenced the within adversary proceeding against Mee Woon Hui (the "Defendant") pursuant to § 548 of the Bankruptcy Code for the recovery of an alleged fraudulent transfer made by Debtor to the Defendant in the amount of $83,381.79 plus interest (the "Action"); and

        WHEREAS, on August 12, 2013, the Trustee served the summons and complaint in the Action upon the Defendant; and

-2-

WHEREAS, on September 6, 2013, the Defendant served its answer upon the Trustee denying the substantive allegations in the complaint and interposing various affirmative defenses; and

WHEREAS, the Trustee and the Defendant agree to the discontinuance of the Action;

NOW, THEREFORE, it is hereby stipulated and agreed, by and between the undersigned, that the Action be, and it hereby is, discontinued without prejudice, without costs to either party against the other, and without the necessity of any further writing or action of any kind.

Dated:  New York, New York
            December 10, 2013

                                              Law Offices of
                                              ROBERT L. GELTZER
                                              Counsel to the Trustee
                                              ROBERT L. GELTZER, ESQ.,
                                              as Trustee for Man Kit Ng
                                              1556 Third Avenue, Suite 505
                                              New York, New York  10128
                                              (212) 410-0100

                                              By: /s/ Robert L. Geltzer
                                                  ROBERT L. GELTZER (RG 4656)
                                                  Member of the Firm

        GREGORY MESSER
        Attorneys for Defendant
        26 Court Street, Suite 2400
        Brooklyn, New York 11242
        (718) 858-1474

        By: /s/ Gregory Messer
            GREGORY MESSER (GM 7539)
            A Member of the Firm

**SO ORDERED:**



**Dated: Brooklyn, New York**           _____
      **December 13, 2013**            **Carla E. Craig**
                                        **United States Bankruptcy Judge**